## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: United States of America v. Jenkins    Docket No.: 16-461

Lead Counsel of Record (name/firm) or Pro se Party (name): Steven D. Clymer, Assistant U.S. Attorney

Appearance for (party/designation): Appellee, United States of America

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
( ✔ ) Correct
( ) Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
( ✔ ) Correct
( ) Incorrect. The following parties do not wish to participate in this appeal:
Parties: _____
( ) Incorrect. Please change the following parties' designations:
Party                    Correct Designation


**Contact Information** for Lead Counsel/Pro Se Party is:
( ✔ ) Correct
( ) Incorrect or Incomplete, and should be amended as follows:

Name: Steven D. Clymer, Assistant U.S. Attorney
Firm: U.S. Attorney's Office, NDNY
Address: PO Box 7198, 100 South Clinton Street, Syracuse, NY 13261-7198
Telephone: 315-448-0672                    Fax: 315-448-0689
Email: Steven.D.Clymer@usdoj.gov

## RELATED CASES

( ) This case has not been before this Court previously.
( ) This case has been before this Court previously. The short title, docket number, and citation are: _____
( ✔ ) Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: USA v. Jenkins, Docket Nos. 12-4543, 13-3067, 14-4295 and 15-2799


## CERTIFICATION

I certify that ( ✔ ) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on
May 20, 2015 _____ OR that ( ) I applied for admission on _____ or renewal on
_____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/
Type or Print Name: Steven D. Clymer, Assistant U.S. Attorney
        OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.